

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00067-CV

**IN THE INTEREST OF A.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09974
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

      Appellant's amended brief is currently due August 17, 2016. On August 18, 2016, appellant filed a motion for extension of time asking for an additional "week" to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file the appellant's brief in this court on or before August 25, 2016. We remind appellant's counsel that when filing motions in this court, with the exception of motions for rehearing and for en banc reconsideration, the motion must include a certificate of conference wherein counsel states whether he has conferred or made a reasonable attempt to confer with opposing counsel with regard to the motion and whether the motion is opposed. *See* Tex. R. App. P. 10.1(a)(5). Appellant's counsel is ORDERED to comply with Rule 10.1(a)(5) in all future filings.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court